IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EUGENIO PEREZ, IV,

    Plaintiff,

vs.                                                                                                                      No. CIV 23-1053 JB/SCY

NEW MEXICO ENVIRONMENT
DEPARTMENT, MELISSA ROMERO,
GREGORY MARQUEZ, and
ROBERT GENOWAY,

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Order of Dismissal, filed November 12, 2024 (Doc. 32)("Order").  In the Order, the Court dismisses the case with prejudice.  See Order at 1.  With no more claims, parties, or issues before the Court, the Court now enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment.

    **IT IS ORDERED** that: (i) the Plaintiff's claims are dismissed with prejudice; (ii) the Complaint for Employment Discrimination and Retaliation (Workplace Harassment and Wrongful Termination of Employment) and for Violation of Civil Rights Under Color of State Law, filed November 24, 2023 (Doc. 1), is dismissed with prejudice; (iii) the case is dismissed with prejudice; and (iv) Final Judgment is entered.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Eugenio Perez, IV
Albuquerque, New Mexico

    *Plaintiff pro se*

Jennifer L. Olson
Olson Law Firm, P.A.
Farmington, New Mexico

    *Attorney for the Defendants*